No. 97–46. TALASILA, INC., ET AL. v. HERMAN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 97–48. DOUGLASS v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–50. HALE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 97–51. MURRAY v. TRANS UNION CORP. C. A. 1st Cir. Certiorari denied. ▮

No. 97–52. SASS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 97–54. HUDGINS v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. ▮

No. 97–56. PETERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 97–57. PALMER v. LAVALLEY ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 97–60. KENTUCKY RIGHT TO LIFE, INC., ET AL. v. STENGEL, COMMONWEALTH ATTORNEY, JEFFERSON COUNTY, ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 97–61. JACKSON v. ZAPATA HAYNIE CORP. ET AL.; ARTHUR ET AL. v. ZAPATA HAYNIE CORP. ET AL.; and KING-HILL ET AL. v. ZAPATA HAYNIE CORP. ET AL. Ct. App. La., 3d Cir. Certiorari denied. ▮

No. 97–63. CREATIVE STRATEGY FUND I ET AL. v. PRUDENTIAL SECURITIES, INC. C. A. 11th Cir. Certiorari denied. ▮

No. 97–64. MANH TRAN v. WAYNE STATE UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 97–66. RIVERS ET AL. v. ROADWAY EXPRESS, INC. C. A. 6th Cir. Certiorari denied. ▮

No. 97–67. SHEEHAN v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. ▮